# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **PATRICIA FAYE ALLEN,** *Plaintiff,* v. **THE KROGER COMPANY,** *Defendant.* | **CIVIL ACTION NO. 5:18-cv-00389-TES** |

## AMENDED ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

Presently before the Court is non-party Tri-County Behavioral Health, Inc. d/b/a Phoenix Health Center's (hereinafter "Phoenix") Motion for Leave to File under Seal. [Doc. 19]. In its motion, Phoenix requests leave to file "certain records, notes and reports concerning treatment rendered to Tracy Faye Edge," the decedent who is the subject of this action. [*Id.* at p. 1].

When determining whether to grant a motion to file under seal, the Court remains mindful that the public has a common law right of access to court records, and this right extends to "discovery material filed in connection with pretrial motions that require judicial resolution of the merits." *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311–12 (11th Cir. 2001). The public right to access, however, is not absolute and "may be overcome by a showing of good cause, which requires 'balanc[ing] the asserted right of access against the . . . party's interest in keeping the information confidential.'"

*Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (quoting *Chicago Tribune*, 263 F.3d at 1309). In that regard, "[a] party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Id.*

Here, the Court finds that good cause exists to seal Phoenix's documents because they are medical records subject to the Health Insurance Portability and Accountability Act ("HIPAA") and because Plaintiff's privacy interest in the information contained in the documents overcomes the presumption in favor of public access. Therefore, Phoenix's Motion for Leave to File under Seal [Doc. 19] is **GRANTED**.

**SO ORDERED**, this 8th day of May, 2019.

> s/Tilman E. Self, III
> **TILMAN E. SELF, III, Judge**
> **UNITED STATES DISTRICT COURT**